FOURTH DEPARTMENT, NOVEMBER, 1948.

(November 10, 1948.)

ARTHUR W. MILLER, Respondent, v. H. C. HEMMINGWAY & Co., INC., Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for breach of contract. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ.

PAUL E. STREAMER, Doing Business as INTERCITY BUSINESS SERVICE, Appellant, v. BENJAMIN CLANCY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint in an action to recover real estate commissions.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ.

JAMES W. MALONEY, Appellant, v. VAIL G. KONEN, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an automobile negligence action. The order denies plaintiff's motion for a new trial.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

DORIS AHL, Respondent, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 2 OF THE TOWN OF BETHANY AND OTHER TOWNS, Appellant.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: In these actions to recover damages for personal injuries suffered by plaintiff wife as a consequence of slipping on a terrazzo floor in the entrance way of the Alexander Central School, and by plaintiff husband for expenses and loss of services, we construe the record as disclosing that plaintiffs consented to the removal of the issue whether the use of liquid wax upon terrazzo floors constituted negligent and improper maintenance. The finding of the jury in favor of the plaintiff on the remaining issue whether there was an excessive accumulation of wax at the place where the plaintiff wife fell caused by its negligent and unworkmanlike application, is contrary to and against the weight of the evidence. All concur. (The judgment is for plaintiff in a negligence action.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

WARREN AHL, Respondent, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 2 OF THE TOWN OF BETHANY AND OTHER TOWNS, Appellant.— Same decision and like cause of action as in companion case of *Ahl* v. *Board of Education of Central School District No. 2 of Town of Bethany* (*ante*, p. 963, denied herewith). Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MALONEY, Appellant.— Judgment of conviction affirmed. Memorandum: We are of the opinion that the stenographic minutes of the testimony of complainant given on the preliminary hearing held in the City Court of Lackawanna were properly received in evidence upon the trial of the defendant. The fundamental rights of the defendant were fully protected upon said hearing by confrontation, representation by counsel and cross-examination. (*People* v. *Qualey*, 210 N. Y. 202.) The accuracy of the transcript of the minutes is not questioned. No basis for reversal is presented by the remaining questions urged by appellant. All concur. (The judgment convicts defendant of assault, second degree.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.